# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALDEN,<br><br>                    Plaintiff,<br><br>v.<br><br>UNUM GROUP, UNUM LIFE INSURANCE COMPANY OF AMERICA, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No. 3:16-cv-03683-WHA<br><br>**ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON PLAINTIFF'S MOTION TO REMAND**<br><br>State action filed:  May 27, 2016 |

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference and Hearing on Plaintiff's Motion to Remand are continued to September 22, 2016 at 8:00 a.m. in Courtroom 8, 19th Floor.  IT IS FURTHER ORDERED that the Joint Case Management Conference Statement must be filed on or before September 15, 2016.

IT IS SO ORDERED.

Dated: August 10, 2016.

By: _____
Honorable William ~~H.~~ Alsup
United States District Court Judge